**Yusef BROWN, Appellant,**

v.

**Scott FISHER, Appellee.**

No. 11–1736.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 26, 2011.

Filed: Oct. 31, 2011.

Yusef Brown, Springfield, MO, pro se.

Allen A. Slaughter, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Federal inmate Yusef Brown appeals the district court's [1] order dismissing with prejudice his 28 U.S.C. § 2241 petition for lack of jurisdiction. Following careful review, we affirm for the reasons provided by the district court. *See* 8th Cir. R. 47B.

[1]. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.